AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

|  |  |
|---|---|
| COBRA JET STEERING LLC | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 8:16cv2700T36 MAP |
| | ) |
| JETBOATPILOT LLC | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> JetBoat Pilot LLC
> c/o its Registered Agent
> OWEN, MILLER W, III
> 2243 W. 24TH ST.
> PANAMA CITY, FL 32405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> James Matulis
> Law Office of James Matulis
> 9806 Gretna Green Drive, Suite 100
> Tampa FL 33626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **SEP 2 0 2016**

*Signature of Clerk or Deputy Clerk*